UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HSIEH and TERESA CHIU, <br> Plaintiffs, <br> v. <br> JOE WU, and others, <br> Defendants. | Case No. 20-cv-00543-NC <br><br> **ORDER TO SHOW CAUSE WHY THE COURT HAS SUBJECT MATTER JURISDICTION OVER THIS CASE** |

Federal courts are courts of limited jurisdiction. Diversity jurisdiction applies to all civil actions where the amount in controversy exceeds $75,000 and the case is between citizens of different states. 28 U.S.C. § 1332(a)(1). For purposes of determining diversity jurisdiction, partnerships and limited liability corporations (LLCs) are citizens of every state of which their owners or members are citizens. *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

Here, the Complaint alleges that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). Dkt. No. 1, Complaint, at 2. It alleges that defendant Sunrise Inn Food Plaza, LP is a California limited liability partnership with principal offices in California and that defendant United Venture Regional Center, LLC, is a California limited liability corporation with principal offices in California. *Id.* The incorporation location and principal office location do not determine the citizenship of a partnership or an LLC—rather the citizen of its members or owners does. *Johnson*, 437 F.3d at 899.

The Complaint does not identify the citizenship of the owners or members of either Sunrise Inn Food Plaza or United Venture Regional Center. Therefore, the parties are hereby ORDERED TO SHOW CAUSE why this Court has subject matter jurisdiction over this case.

The parties must respond in a joint filing within 7 days of this Order. If this Court lacks subject matter jurisdiction over this case, it will dismiss the case.

**IT IS SO ORDERED.**

Dated: April 21, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge